MANATT, PHELPS & PHILLIPS, LLP
Ronald G. Blum
Abigail M. Kagle
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

*Attorneys for Defendants*
*Stryker Corporation and Stryker Sales Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAWN DONNELLY,

        Plaintiff,

-against-

STRYKER CORPORATION and
STRYKER SALES CORPORATION,

        Defendants.

08 CIV 7647



08 Civ. _____

**RULE 7.1 DISCLOSURE STATEMENT**

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that (a) Defendant Stryker Corporation does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock; and (b) Defendant Stryker Sales Corporation is wholly owned by defendant Stryker Corporation, which is a publicly held corporation.

Dated: New York, New York
August 29, 2008

MANATT, PHELPS & PHILLIPS, LLP

By: *Abigail Kagle*
Abigail M. Kagle
Ronald G. Blum
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545
*Counsel for Defendant*
Stryker Corporation

80431023.1