**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAWN DONNELLY,

                    Plaintiff,

      -against-

STRYKER CORPORATION and
STRYKER SALES CORPORATION,

                Defendants.

08 Civ. 7647

**AFFIDAVIT OF MAIL SERVICE**

STATE OF NEW YORK    )
                       :ss
COUNTY OF NEW YORK  )

      SARAH GOTTESMAN, being duly sworn, deposes and says:

      1.      I am over 18 years of age and not a party to this action.  I am employed by

Manatt, Phelps & Phillips, LLP, attorneys for Defendants Stryker Corporation and Stryker Sales

Corporation.

      2.      On  the 29th day of  August,  2008, I served a true and complete copy of (i) the

Notice of Removal Pursuant to 28 U.S.C. § 1441(b) and Local Civil Rule 81.1; (ii) Civil Cover

Sheet; (iii) Rule 7.1 Disclosure Statement of Defendants; (iv) the Individual Practices of Judge P.

Kevin Castel, together with the Electronic Case Filing Rules & Instructions and (v) the

Individual Practices of Magistrate Judge Henry Pitman by depositing said copies in a post office

box regularly maintained by the United States Postal Service, in a securely-sealed, postage-paid

envelope, addressed to the party as listed below:

      Thomas G. Cascione, Esq.
      Cascione, Purcigliotti & Galluzzi, P.C.
      20 Vesey Street, Suite 1100
      New York, New York  10007
      *Attorney for Plaintiff*

_(signature)_

Sarah Gottesman

Sworn to before me this 29th day
of August, 2008

_(signature)_

Notary Public

MARY ELLA CONTE
Notary Public, State of New York
No. 01CO6099008
Qualified in Richmond County
Commission Expires _____

80431485.1

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

DAWN DONNELLY,

                       Plaintiff,

  - against -

STRYKER CORPORATION and
STRYKER SALES CORPORATION,

                       Defendants.

-------------------------------------------------------------------X

Civil Action No.: 110220/08

NOTICE OF FILING OF
NOTICE OF REMOVAL

TO:    Clerk of the Court
       Supreme Court of the State of New York
       County of New York
       60 Centre Street
       New York, New York  10007

       Thomas G. Cascione, Esq.
       Cascione, Purcigliotti & Galluzzi, P.C.
       20 Vesey Street, Suite 1100
       New York, New York  10007
       *Attorney for Plaintiff*

NEW YORK
COUNTY CLERK'S OFFICE

AUG 2 9 2008

NOT COMPARED
WITH COPY FILED

      PLEASE TAKE NOTICE that Defendants Stryker Corporation and Stryker Sales

Corporation, by and through the undersigned counsel, filed a Notice of Removal with the Clerk of

the United States District Court for the Southern District of New York on August 29, 2008.  A copy

of the Notice of Removal is attached.

Dated:  New York, New York
         August 29, 2008

                        MANATT, PHELPS & PHILLIPS, LLP

                        By: _Abigail Kagle_
                           Abigail M. Kagle
                           Ronald G. Blum
                      7 Times Square
                      New York, NY  10036
                      Tel. (212) 790-4500
                      Fax (212) 790-4545
                      *Attorneys for Defendants Stryker Corporation*
                      *and Stryker Sales Corporation*

80430258.1