UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN DONNELLY,<br><br>              Plaintiff,<br><br>-against-<br><br>STRYKER CORPORATION and<br>STRYKER SALES CORPORATION,<br><br>              Defendants. | 08 Civ. 7647 (PKC) (HP)<br><br>**ECF CASE**<br><br>**AFFIDAVIT OF MAIL SERVICE** |

STATE OF NEW YORK    )
                                :ss
COUNTY OF NEW YORK  )

       SARAH GOTTESMAN, being duly sworn, deposes and says:

       1.      I am over 18 years of age and not a party to this action. I am employed by Manatt, Phelps & Phillips, LLP, attorneys for Defendants Stryker Corporation and Stryker Sales Corporation.

       2.      On the 3rd day of September, 2008, I served a true and complete copy of the Answer by depositing said copies in a post office box regularly maintained by the United States Postal Service, in a securely-sealed, postage-paid envelope, addressed to the party as listed below:

    Thomas G. Cascione, Esq.
    Cascione, Purcigliotti & Galluzzi, P.C.
    20 Vesey Street, Suite 1100
    New York, New York 10007
    *Attorney for Plaintiff*

                                                           Sarah Gottesman

Sworn to before me this 3rd day
of September, 2008

_____
        Notary Public

                       ROCHELLE S. BELL
               Notary Public, State of New York
                     No. 01BE4722424
                Qualified in Queens County
           Commission Expires November 30, 20_10_